AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE October 5, 2005 |
| NAME OF SERVER (PRINT) Shannon Grant | TITLE Summons in a civil case |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: 2425 Matheson Blvd. E. Suite 703 Mississauga, ON

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Derek Woodgate an officer and administrator for Nx Care Inc.

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  Oct 14, 2005        [signature] Shannon G___
              Date                 Signature of Server

SELECT DOCUMENT SERVICES INC.
150 Consumers Road, # 407
Toronto, Ontario, Canada
M2J 1P9
Address of Server

[signature]
A Notary Public

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.