UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRUCE WEISS,<br><br>    Plaintiff,<br><br>v.<br><br>NxCARE, INC.<br>218 Silver Creek Pkwy, North<br>Suite 1163<br>Guelph, ON N1H 8E8<br>Canada<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 05-cv-1781<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

UPON CONSIDERATION of Defendant NxCare, Inc.'s Motion to Dismiss, any opposition thereto, and the entire record in this case, it is hereby,

ORDERED that this action is dismissed pursuant to Federal Rule of Civil Procedure 12(b)(2) for lack of personal jurisdiction.

ENTERED this _____ day of _____, 2005.

                                                                                      _____
                                                                                      The Honorable James Robertson
                                                                                      United States District Judge