UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRUCE WEISS,<br><br>    Plaintiff,<br><br>v.<br><br>NxCARE, INC.<br>218 Silver Creek Pkwy, North<br>Suite 1163<br>Guelph, ON  N1H 8E8<br>Canada<br><br>    Defendant. | Civil Action No. 05-cv-1781 |

## DECLARATION OF JOHN DAVID BRADLEY WOODGATE

I, JOHN DAVID BRADLEY WOODGATE, hereby declare as follows:

1. I am the President of NxCare, Inc. ("NxCare"), a Canadian corporation with a principal place of business in Guelph, Ontario. I have personal knowledge as to the facts stated below. If called upon to testify, I could and would do so competently.

2. NxCare is in the business of manufacturing and distributing dietary supplements to Canada and the United States. As a manufacturer and distributor, NxCare does not control when, where, or how its customers might choose to resell its goods to consumers.

3. NxCare sells its goods through retail channels, as well as through its internet website (www.nxcare.com) and call center.

4. NxCare has no offices, employees or operations in the District of Columbia, nor does it have any agents or representatives in the District of Columbia.

5. NxCare has not engaged in or solicited any business within the District of Columbia, nor has it sent employees to the District of Columbia for the purpose of engaging in or soliciting business.

6. NxCare does not have a District of Columbia telephone number, nor does it have bank accounts, investment accounts or any form of personal or real property located in the District of Columbia.

7. NxCare has never sent catalogs or any other form of direct mail advertising to the District of Columbia.

8. NxCare has not attended trade shows in the District of Columbia.

9. NxCare has not targeted advertisements at the District of Columbia.

10. NxCare does not sell and has not sold Lean XP in the District of Columbia, including to Yes Natural Foods.

11. NxCare does not label bottles of Lean XP in the District of Columbia.

12. NxCare had one indirect contact with the District of Columbia in connection with an order through either its website (www.nxcare.com) or call center. On information and belief, in October 2004, a non-U.S. citizen placed a single order for eight bottles of products, including two bottles of Lean XP, and requested it be delivered to a Hilton hotel in the District of Columbia. On information and belief, the Hilton hotel guest to whom the shipment containing Lean XP was sent was a non-U.S. citizen who was requesting products to take back overseas.

13. Except for the two bottles of Lean XP shipped to a Hilton hotel in the District of Columbia, all of NxCare's Lean XP customers are located outside of the

District of Columbia. NxCare exercises no authority or control over the actions of such customers after they purchase the product.

14. NxCare recently advertised Lean XP in four relatively low circulation magazines: the September 2005 issue of *Exercise for Men Only*, the August and October 2005 issues of *Men's Exercise*, the Fall 2005 issue of *Exercise and Health*, and the September 2005 issue of *Men's Workout*. This advertisement was not targeted at any location, and I have no knowledge whether these magazines circulate within the District of Columbia.

15. The Complaint in the above-captioned matter was served on NxCare, Inc. at its offices in Ontario, Canada, on or about October 5, 2005.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: November 15, 2005     By: _____
                                  John David Bradley Woodgate
                                  President of NxCare, Inc.