UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRUCE WEISS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NxCARE, INC. )<br>218 Silver Creek Pkwy, North )<br>Suite 1163 )<br>Guelph, ON  N1H 8E8 )<br>Canada )<br>)<br>Defendant. )<br>_____ ) | Civil Action No. 05-cv-1781 (JR) |

### CERTIFICATE REQUIRED BY LCvR 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

I, the undersigned, counsel of record for Defendant NxCare, Inc., certify that to the best of my knowledge and belief, there are not parent companies, subsidiaries, or affiliate of NxCare, Inc. which have any outstanding securities in the hands of the public.

This representation is made in order that judges of this Court may determine the need for recusal.

/s/
_____
Roger A. Colaizzi (D.C. Bar # 414025)
Attorney of Record for Defendant NxCare, Inc.