UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Bruce Weiss, | ) | Case No.: Case No. 1:05-cv-01781 |
| | ) | |
| Plaintiff, | ) | Judge: JR |
| | ) | |
| vs. | ) | |
| | ) | |
| NxCare, Inc., | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO

DEFENDANT'S MOTION TO DISMISS


On November 15, 2005, Defendant NxCare filed a motion to dismiss the case for

lack of personal jurisdiction under FRCP Rule 12(b)(2).  Defendant also

included in its Answer a motion to dismiss for failure to state a ground upon

which relief may be granted under FRCP Rule 12(b)(6).


Plaintiff's response to these motions would be due November 30, 2005.

Plaintiff hereby moves for an extension of time of 5 calendar days, such that

Plaintiff's response is due on December 5, 2005.


Defense has consented to this motion.

Dated this 30th day of November, 2005

/s/ Jeffrey Light
Jeffrey Light