EXHIBIT A

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

BRUCE WEISS,

    Plaintiff,

v.

NxCARE, INC.
218 Silver Creek Pkwy, North
Suite 1163
Guelph, ON  N1H 8E8
Canada

    Defendant.

Civil Action No. 05-cv-1781 (JR)

## STIPULATION AND ORDER OF DISMISSAL

The parties to the above-captioned case, by their attorneys and pursuant to Federal Rule of Civil Procedure 41, hereby stipulate that the claims of Bruce Weiss against NxCare, Inc. are hereby dismissed WITH PREJUDICE.

Each party to bear its own costs and attorney fees.

_/s/ Jeffrey Light_
Jeffrey L. Light
Patients Not Patents, Inc.
1712 Eye Street, NW
Washington, D.C. 20006
Telephone: (202) 277-6213

Attorney for Plaintiff Bruce Weiss

_/s/ Roger A. Colaizzi_
Roger A. Colaizzi
Michelle M. Marcus
Venable LLP
575 7th Street, N.W.
Washington, DC  20004
Telephone:  (202) 344-4000
Facsimile:  (202) 344-8300

Attorneys for Defendant NxCare, Inc.

SO ORDERED this ___ day of _____ 2005

_____
James Robertson
United States District Court Judge